| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the:<br>**Northern District of Texas** |
| Case number (if known): _____   Chapter __7__ |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

**LA Services, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

**8 2** – **3 4 7 6 6 8 5**

**4. Debtor's address**

**Principal place of business**

**223 Industrial Ave.**
Number        Street

**Granbury, TX 76049**
City                         State      ZIP Code

**Hood**
County

**Mailing address, if different from principal place of business**

**P.O. Box 1603**

Number        Street

**Granbury, TX 76048**
City                         State      ZIP Code

**Location of principal assets, if different from principal place of business**

**223 Industrial Ave.**
Number        Street

**Granbury, TX 76049**
City                         State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **LA Services, LLC**                                              Case number *(if known)*
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2   3   7   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                              MM / DD / YYYY

         District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

         District _____ When _____
                                   MM / DD / YYYY

         Case number, if known _____

Debtor   **LA Services, LLC**
               Name                                                                          Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
                                                 Number         Street

_____

_____   _____   _____
City                                                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency   _____

                      Contact name   _____

                      Phone   _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49  ☐ 50-99 | ☐ 1,000-5,000  ☐ 5,001-10,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 |
| ☑ 100-199  ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **LA Services, LLC**                                                                Case number *(if known)*
               Name

**16. Estimated liabilities**

- ❏ $0-$50,000
- ❏ $50,001-$100,000
- ❏ $100,001-$500,000
- ❏ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ❏ $10,000,001-$50 million
- ❏ $50,000,001-$100 million
- ❏ $100,000,001-$500 million

- ❏ $500,000,001-$1 billion
- ❏ $1,000,000,001-$10 billion
- ❏ $10,000,000,001-$50 billion
- ❏ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/30/2025**
                        MM/  DD/  YYYY

X   **/s/ Adrianne Dawn Foyt**                                          **Adrianne Dawn Foyt**
Signature of authorized representative of debtor               Printed name

Title                        **President**

**18. Signature of attorney**

X   **/s/ Daniel Sylvan Wright**                    Date   **04/30/2025**
Signature of attorney for debtor                                 MM/  DD/  YYYY

**Daniel Sylvan Wright**
Printed name

**Machi & Associates, PC**
Firm name

**1521 N. Cooper Street Suite 550**
Number           Street

**Arlington**                                          **TX**        **76011**
City                                                           State       ZIP Code

**(817) 335-8880**                                   **dwright@tedmachi.com**
Contact phone                                          Email address

**24037742**                                          **TX**
Bar number                                             State

---

Fill in this information to identify the case:

Debtor Name **LA Services, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |

Name of institution (bank or brokerage firm)　　　Type of account　　　Last 4 digits of account number

| 3.1. **Wellington State Bank** Checking account 5 0 8 0 | $4,323.63 |
|---|---|

4. **Other cash equivalents** *(Identify all)*

| 4.1 | |
|---|---|
| 4.2 | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$4,323.63** |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 | |
|---|---|
| 7.2 | |

Debtor    **LA Services, LLC**                                          Case number *(if known)* _____
          Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1    _____    _____

      8.2    _____    _____

9.    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.                    _____

### Part 3:    Accounts receivable

10.   **Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.
      ☑ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:    **$60,427.78**    -    **unknown**    =.....➜            **$60,472.78**
                                   face amount            doubtful or uncollectible accounts

      11b. Over 90 days old:       **$11,081.36**    -    **unknown**    =.....➜            **$11,081.36**
                                   face amount            doubtful or uncollectible accounts

12.   **Total of Part 3**                                                                  **$71,554.14**

      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4:    Investments

13.   **Does the debtor own any investments?**

      ☑ No. Go to Part 5.
      ☐ Yes. Fill in the information below.

                                               **Valuation method used    Current value of
                                               for current value          debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1    _____    _____    _____

      14.2    _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                                    % of
                                                         ownership:

      15.1.   _____    _____    _____    _____

      15.2.   _____    _____    _____    _____

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable
      instruments not included in Part 1**

      Describe:

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **2**

Debtor    **LA Services, LLC**
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 16.1 | | | |
| 16.2 | | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Various lengths and sizes of pipes | MM / DD / YYYY | unknown | | $200.00 |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Clamps for stopping leaks | MM / DD / YYYY | unknown | | $800.00 |
| Road Base and Peat Gravel | MM / DD / YYYY | unknown | | $600.00 |
| Used Hydro Tanks - scrap metal not usable | MM / DD / YYYY | unknown | | $1,000.00 |
| 1000 Gallon Diesel tank with motor | MM / DD / YYYY | unknown | | $1,000.00 |
| 3000 Gallon diesel tank | MM / DD / YYYY | unknown | | $1,000.00 |
| 500 Gallon gas tank with motor | MM / DD / YYYY | unknown | | $600.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $5,200.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

---

Debtor **LA Services, LLC**
Name

Case number *(if known)* _____

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor    **LA Services, LLC**
          Name                                                        Case number *(if known)* _____

---

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.
  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| Shelves for metal pipes | **unknown** | | **$100.00** |
| 40.  **Office fixtures** | | | |
| | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| (2) 50" Club Cadet Riding Lawnmowers Zero Turn | **unknown** | | **$3,000.00** |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43.   **Total of Part 7**                                                                              **$3,100.00**
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☑ No
  ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☑ No
  ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.
  ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Official Form 206A/B                 **Schedule A/B: Assets — Real and Personal Property**                 page **5**

Debtor **LA Services, LLC**
Name

Case number *(if known)* _____

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____

47.2 _____

47.3 _____

47.4 _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2022 PJ Trailer** | **unknown** | | **$6,000.00** |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

**$6,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Business Property / 223 Industrial Ave. Granbury, TX 76049** | **Fee Simple** | **unknown** | **Hood County Tax Appraisal** | **$260,450.00** |

Debtor **LA Services, LLC**
Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 55.2 **Business Personal Property / 223 Industrial Ave. Granbury, TX 76049** | Fee Simple | unknown | **Hood County Tax Appraisal** | **$158,630.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$419,080.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

Debtor      **LA Services, LLC**                                              Case number *(if known)* _____
_____
          Name

---

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____     _____ – _____ = ➔   _____
                                      Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   _____

_____     Tax year _____   _____

_____     Tax year _____   _____

73.  **Interests in insurance policies or annuities**

_____                            _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                            _____

**Nature of claim**     _____

**Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            _____

**Nature of claim**     _____

**Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

_____                            _____

---

Debtor    **LA Services, LLC**

    Name

Case number *(if known)* _____

---

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Loans to Brianna Foyt on 03/16/2024 and 04/05/2024** | **$10,500.00** |
| **Loans To Cheryl Aleman on 04/18/2024, 10/21/2024 and 11/07/2024** | **$17,472.77** |
| **Loans to Leonard C. Foyt on 02/04/2024 and 09/03/2024** | **$4,500.00** |
| **Loans to David N. Beaty on 01/21/2024, 03/15/2024, 05/23/2024 and 05/28/2024** | **$17,200.00** |
| **Loan to Dottie M. Dyer 10/25/2024** | **$6,000.00** |
| **Loan to Breanna L. Denton on 04/12/2024** | **$500.00** |
| **Loan to Adrian B. Martin on 09/27/2024** | **$4,000.00** |

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

                              **$60,172.77**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$4,323.63** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$71,554.14** | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$5,200.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,100.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$6,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*............ ➜ | | **$419,080.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$60,172.77** | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........91a. | **$150,350.54** | + 91b. **$419,080.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................

                                            **$569,430.54**

Fill in this information to identify the case:

Debtor name   **LA Services, LLC**

United States Bankruptcy Court for the: _____**Northern**_____   District of _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

**Advisory Financial Services, LLC**

**Creditor's mailing address**

**c/o Cantey Hanger LLP**

**600 West 6th Street Suite 300**

**Fort Worth, TX 76102**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Remarks:** Lawsuit C2025005

**Describe debtor's property that is subject to a lien**

Invoice to Aqua Texas, Granbury #1044, Invoice to Aqua Texas, Inc. #11817, Invoice to Aqua Texas, Inc. #11803, Invoice to Aqua Texas, Inc. #11802, Invoice to Aqua Texas, Inc. #11751, Invoice to Aqua Texas, Inc. #11765, Invoice to Aqua Texas, Inc. #11733, Invoice to Aqua Texas, Inc. #11485

**Describe the lien**

**Factoring Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** **$560,483.48**   **Value of collateral:** **$71,554.14**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,427,362.35**

Debtor   **LA Services, LLC** _____   Case number (if known) _____
     Name

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

| Part 1: | Additional Page | | | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Hood Central Appraisal District**

**Creditor's mailing address**

**P.O. Box 819**

**Granbury, TX 76048**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**   **3  2  6  6**
**number**

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Hood Central Appraisal District**; 2) Wellington State Bank

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Business Personal Property

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Amount of claim:** $2,073.41   **Value of collateral:** $158,630.00

Debtor **LA Services, LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**Hood Central Appraisal District**

**Creditor's mailing address**

**P.O. Box 819**

**Granbury, TX 76048**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **2 2 0 5**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

1) Hood County Appraisal District; 2) Internal Revenue Service; 3) Wellington State Bank; **4) Hood Central Appraisal District**; 5) Hood Central Appraisal District; 6) Hood Central Appraisal District

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Business Property

**Amount of claim:** $489.15 **Value of collateral:** $260,450.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor     **LA Services, LLC**                                           Case number (if known) _____
                 Name

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**Hood Central Appraisal District**

**Creditor's mailing address**

**P.O. Box 819**

**Granbury, TX 76048**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **2  2  0  6**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Business Property

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$1,129.90**      Value of collateral: **$260,450.00**

Debtor     **LA Services, LLC** _____          Case number (if known) _____
           Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5 Creditor's name**

**Hood Central Appraisal District**

**Creditor's mailing address**

**P.O. Box 819**

**Granbury, TX 76048**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** **2 2 0 4**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Business Property

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$3,569.43**   Column B: **$260,450.00**

Debtor   **LA Services, LLC**                                              Case number (if known) _____
         _____
         Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | |

**2.6** **Creditor's name**

**Hood County Appraisal District**
_____

**Creditor's mailing address**

**P.O. Box 819 - 1902**
_____

**Granbury, TX 76048**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Business Property                                    $4,800.23            $260,450.00

**Describe the lien**

**Taxes**
_____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Debtor **LA Services, LLC**      Case number (if known) _____

Name

---

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.7** **Creditor's name**

**Internal Revenue Service**

**Describe debtor's property that is subject to a lien**

Business Property       **$317,713.75**      **$260,450.00**

**Describe the lien**

_____

**Creditor's mailing address**

**Special Procedures - Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

    _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

---

Debtor     **LA Services, LLC**                                    Case number (if known) _____
           Name

| Part 1: | Additional Page | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**Wellington State Bank**

**Creditor's mailing address**

**1343 N Plaza Dr.**

**Granbury, TX 76048**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **2/1/2022**

**Last 4 digits of account**     **4  1  3  3**
**number**

**Do multiple creditors have an interest in the same property?**

❑  No

☑  Yes. Have you already specified the relative priority?

   ❑  No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☑  Yes. The relative priority of creditors is specified on lines **2.2, 2.3**

**Describe debtor's property that is subject to a lien**

Business Property, Business Personal Property

$436,801.00        $419,080.00

**Describe the lien**

**Loan**

**Is the creditor an insider or related party?**

☑  No

❑  Yes

**Is anyone else liable on this claim?**

☑  No

❑  Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑  Contingent

❑  Unliquidated

❑  Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **8** of **10**

Debtor **LA Services, LLC**             Case number (if known) _____ page __9__ of __10__

   Name

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A **Amount of claim** Do not deduct the value of collateral.

Column B **Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Wellington State Bank**

**Describe debtor's property that is subject to a lien**

**$49,757.00**        **unknown**

**Creditor's mailing address**

**1343 N Plaza Dr.**

**Granbury, TX 76048**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Date debt was incurred**    **05/04/2022**

**Last 4 digits of account number**    **4  9  2  2**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **LA Services, LLC**
Name                                                                                      Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.10** **Creditor's name**

**Wellington State Bank**

**Creditor's mailing address**

**1343 N Plaza Dr.**

**Granbury, TX 76048**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **5 0 3 7**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 PJ Trailer

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**$50,545.00**          **$6,000.00**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **10** of **10**

Fill in this information to identify the case:

Debtor name _____ **LA Services, LLC** _____

United States Bankruptcy Court for the:
_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

Debtor   **LA Services, LLC**                                             Case number *(if known)*  _____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Adesa Dallas AA**

**3501 Lancaster Hutchins Rd.**

**Hutchins, TX 75141**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.2** **Nonpriority creditor's name and mailing address**

**Ally Financial**

**P.O. Box 380903**

**Minneapolis, MN 55438**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **5  7  6  6**

Remarks: 2022 Ram 2500

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Auto Deficiency on Broken Auto Lease**
Basis for the claim: **Agreement**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$59,712.12**

---

**3.3** **Nonpriority creditor's name and mailing address**

**Ally Financial**

**P.O. Box 380903**

**Minneapolis, MN 55438**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **4  9  6  5**

Remarks: 2020 Chevrolet Silverado

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Auto Deficiency on**
Basis for the claim: **Broken Auto Lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$24,605.58**

---

**3.4** **Nonpriority creditor's name and mailing address**

**Ally Financial**

**P.O. Box 380903**

**Minneapolis, MN 55438**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **5  7  8  6**

Remarks: 2020 Ford F-350

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Auto Deficiency on**
Basis for the claim: **Broken Auto Lease**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$63,366.76**

---

Debtor   **LA Services, LLC**                                        Case number *(if known)* _____
             Name

**Part 2:** Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,522.81** |

**Ally Financial**

**P.O. Box 380903**

**Minneapolis, MN 55438**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **4 9 3 8**

Basis for the claim: **Auto Deficiency on Broken Auto Lease**

Is the claim subject to offset?
☑ No
❑ Yes

Remarks: 2021 Ram 2500

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$58,430.35** |

**Ally Financial**

**P.O. Box 380903**

**Minneapolis, MN 55438**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **5 8 4 8**

Basis for the claim: **Auto Deficiency on Broken Auto Lease**

Is the claim subject to offset?
☑ No
❑ Yes

Remarks: 2020 Ram 3500 Chassis

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$80,744.08** |

**Ally Financial**

**P.O. Box 380903**

**Minneapolis, MN 55438**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **5 8 0 7**

Basis for the claim: **Auto Deficiency on Broken Auto Lease**

Is the claim subject to offset?
☑ No
❑ Yes

Remarks: 2022 Chevrolet Suburban

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,986.80** |

**Anozie LLP**

**c/o Jourdan Jackson Dukes**

**6120 Swiss Avenue #140838**

**Dallas, TX 75214**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   — — — —

Basis for the claim: **Attorney for Oncor Electric Delivery Company LLC**

Is the claim subject to offset?
☑ No
❑ Yes

Remarks: Lawsuit 2024-005597-1

Debtor    **LA Services, LLC**                                                    Case number *(if known)* _____
　　　　　 Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.9** **Nonpriority creditor's name and mailing address**

**APSCO Supply Inc.**

**1208 E. Washington St.**

**Stephenville, TX 76401**

Date or dates debt was incurred    _____

Last 4 digits of account number    **5  1  5  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.10** **Nonpriority creditor's name and mailing address**

**Aqua Texas**

**762 W. Lancaster Avenue**

**Bryn Mawr, PA 19010**

Date or dates debt was incurred    _____

Last 4 digits of account number    **6  2  8  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$311.11**

---

**3.11** **Nonpriority creditor's name and mailing address**

**Aqua Texas, Granbury**

**2304 Christine Dr.**

**Granbury, TX 76048**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$89,317.06**

---

**3.12** **Nonpriority creditor's name and mailing address**

**Aqua Texas, Inc.**

**1106 Clayton Lane Suite 400W**

**Austin, TX 78723**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$11,081.36**

---

Debtor    **LA Services, LLC**                                    Case number *(if known)* _____
     Name

---

**Part 2:** Additional Page

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** _____
--- | --- | --- | ---

**3.13**

**Nonpriority creditor's name and mailing address**

**Asset Compliant Solutions**

**65 Lawrence Bell Dr.**

**Buffalo, NY 14221**

Date or dates debt was incurred    _____

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Repossession Deficiency on Equipment**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown** _____

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Associated Well Services Inc.**

**P.O. Box 16**

**Stephenville, TX 76401**

Date or dates debt was incurred    _____

Last 4 digits of account number    — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$2,428.57** _____

---

**3.15**

**Nonpriority creditor's name and mailing address**

**AT&T**

**P.O. Box 630047**

**Dallas, TX 75263**

Date or dates debt was incurred    _____

Last 4 digits of account number    **6  3  9  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown** _____

---

**3.16**

**Nonpriority creditor's name and mailing address**

**AT&T Services**

**P.O. Box 5070**

**Carol Stream, IL 60197**

Date or dates debt was incurred    _____

Last 4 digits of account number    **-  M  H  E**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,142.23** _____

---

Debtor    **LA Services, LLC**                                    Case number *(if known)*
          Name

| Part 2: | Additional Page |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,738.45** |

**Barr Credit Services**

**3444 N Country Club Rd. Suite 200**

**Tucson, AZ 85716**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **3  0  9  9**

**Attorney for USA**
**Basis for the claim:  BlueBook**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,365.04** |

**Blue Cross Blue Shield**

**P.O. Box 650615**

**Dallas, TX 75265**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **6  4  7  7**

**Basis for the claim:  Insurance**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,427.88** |

**Bowden & Tanner, LLC**

**1202 S. Morgan St.**

**Granbury, TX 76048**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **1  5  2  0**

**Basis for the claim:  Services Rendered**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**Caterpillar Financial Services Corp.**

**P.O. Box 730681**

**Dallas, TX 75373**

*Check all that apply.*
❏ Contingent
❏ Unliquidated
❏ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Deficiency on**
**Basis for the claim:  Business Equipment**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

Debtor   **LA Services, LLC**
　　　　　Name

Case number *(if known)*

---

<span style="background:black;color:white">Part 2:</span> Additional Page

---

**3.21** **Nonpriority creditor's name and mailing address**

**Caterpillar Financial Services Corp.**

**P.O. Box 340001**

**Nashville, TN 37203**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**　　**7　0　6　2**

**Remarks:**
2022 Caterpillar 305E2CR Mini Hydraulic Excavator S/N H5M15921

**As of the petition filing date, the claim is:**　　**unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Deficiency on**
**Basis for the claim: Business Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

**Caterpillar Financial Services Corp.**

**P.O. Box 340001**

**Nashville, TN 37203**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**　　**1　3　8　3**

**Remarks:**
2024 Caterpillar 303.5-07CR Hydraulic Excavator S/N RE904271,
2024 Cater pillar 303.5-07CR Hydraulic Excavator S/N RE904273

**As of the petition filing date, the claim is:**　　**unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Deficiency on**
**Basis for the claim: Business Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

**Caterpillar Financial Services Corp.**

**P.O. Box 340001**

**Nashville, TN 37203**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**　　**7　0　6　2**

**Remarks:**
2020 Caterpillar 305E2CR Mini Hydraulic Excavator S/N H5M15921

**As of the petition filing date, the claim is:**　　**unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Deficiency on**
**Basis for the claim: Business Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

**Caterpillar Financial Services Corp.**

**P.O. Box 340001**

**Nashville, TN 37203**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**　　**9　9　0　5**

**Remarks:**
2019 Caterpillar 303.5E2CR Hydraulic Excavator S/N JWY06169
&
2022 Caterpillar 303-07CR Hydraulic Excavator S/N MY300779

**As of the petition filing date, the claim is:**　　**unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Deficiency on**
**Basis for the claim: Business Equipment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **LA Services, LLC**                                        Case number *(if known)* _____
    Name

**Part 2:** Additional Page

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,137.63**
--- | --- | --- | ---

**Cintas**

**3450 Northern Cross Blvd.**

**Fort Worth, TX 76137**

Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number     **5   8   0   9**

---

**3.26** **Nonpriority creditor's name and mailing address**

**Colonial Life**

**P.O. Box 903**

**Columbia, SC 29202**

**As of the petition filing date, the claim is:**     **$8,043.39**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Insurance**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**

**Crowell & Associates, Inc.**

**P.O. Box 518**

**Van Alstyne, TX 75495**

**As of the petition filing date, the claim is:**     **unknown**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

**DAM Properties LLC**

**412 HCR 2200**

**Aquilla, TX 76622**

**As of the petition filing date, the claim is:**     **unknown**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Notice Only**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** Lawsuit C2024263

Debtor    **LA Services, LLC**                                          Case number *(if known)*
          Name

Part 2:   Additional Page

**3.29** **Nonpriority creditor's name and mailing address**

**DAM Properties, LLC**

**c/o The Lawrence Firm, P.C.**

**3016 E. Hwy 377**

**Granbury, TX 76049**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

Remarks: Lawsuit C2024263

**As of the petition filing date, the claim is:**          $779,029.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

                                   **Loan, Lease
                                   Agreements & Payroll**
**Basis for the claim:** **Advance**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

**Davis Transportation LLC**

**314 Glade Valley Rd.**

**Azle, TX 76020**

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**          unknown
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

**Diversified Adjustment Service, Inc.**

**P.O. Box 32145**

**Minneapolis, MN 55432**

**Date or dates debt was incurred**

**Last 4 digits of account number** **7  5  1  6**

**As of the petition filing date, the claim is:**          $11,604.41
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Collecting for Verizon**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

**Domain Listings**

**P.O. Box 19607**

**Las Vegas, NV 89132**

**Date or dates debt was incurred**

**Last 4 digits of account number** **4  2  2  3**

**As of the petition filing date, the claim is:**          $288.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor      **LA Services, LLC**                                          Case number *(if known)* _____
            Name

## Part 2: Additional Page

**3.33** **Nonpriority creditor's name and mailing address**

**Donald L. Moore**

**800 North Industrial Blvd. Suite 106**

**Euless, TX 76039**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

**Elite Recovery Service**

**100 N Bosque St.**

**Whitney, TX 76692**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**   **unknown**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

**EmergiFire LLC**

**P.O. Box 181839**

**Dallas, TX 75228**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   **0  1  1  7**

**As of the petition filing date, the claim is:**   **$1,839.04**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

**EquipmentShare.com, Inc.**

**P.O. Box 650429**

**Dallas, TX 75265**

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   **2  0  1  3**

**As of the petition filing date, the claim is:**   **$3,369.86**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **LA Services, LLC**                         Case number *(if known)* _____
        Name

**Part 2: Additional Page**

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,727.30**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**
**Ewing & Jones**

**6363 Woodway Suite 1000**

**Houston, TX 77057**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Attorney for Magna Flow Environmental, Inc.

**Is the claim subject to offset?**
☑ No
❑ Yes

**$14,727.30**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**FCCI Insurance Group**

**P.O. Box 405563**

**Atlanta, GA 30384**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **5 - 0 3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Insurance**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$15,618.61**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**FCCI Insurance Group**

**c/o Alex Miller**

**6300 University Parkway**

**Sarasota, FL 34240**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Fora Financial Advance, LLC**

**519 Eighth Avenue 11th Floor**

**New York, NY 10018**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **2 9 5 7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Loan**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$65,691.55**

Debtor     **LA Services, LLC**                                              Case number *(if known)* _____
          Name

---

**Part 2:**  Additional Page

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**
| **Frontier Waste Solutions** | *Check all that apply.*
| | ❑ Contingent
| P.O. Box 647019 | ❑ Unliquidated
| Dallas, TX 75264 | ❑ Disputed
| | **Basis for the claim:** **Services Rendered**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number    **8  2  4  0** | ❑ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$214.38**
| **Gecfleet Valvoline** | *Check all that apply.*
| | ❑ Contingent
| 3501 East US Hwy 377 | ❑ Unliquidated
| Granbury, TX 76049 | ❑ Disputed
| | **Basis for the claim:** **Services Rendered**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number    __ __ __ __ | ❑ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,910.00**
| **Gilbert Environmental** | *Check all that apply.*
| | ❑ Contingent
| 1540 Boyd Rd. | ❑ Unliquidated
| Granbury, TX 76048 | ❑ Disputed
| | **Basis for the claim:** **Services Rendered**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number    **1  7  3  2** | ❑ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$84,303.17**
| **GM Financial** | *Check all that apply.*
| | ❑ Contingent
| 4001 Embarcadero Drive | ❑ Unliquidated
| Arlington, TX 76014 | ❑ Disputed
| | **Basis for the claim:** **Auto Deficiency**
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☑ No
| Last 4 digits of account number    **0  2  4  5** | ❑ Yes

**Remarks:** 2024 Chevrolet Silverado 3500

---

Debtor    **LA Services, LLC**                                         Case number *(if known)* _____

　　　　Name

---

**Part 2:** Additional Page

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$600.00**

**Granbury Chamber of Commerce**

**3408 East Highway 377**

**Granbury, TX 76049**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Membership**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **6  8  6  1**

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,293.02**

**Hampel Oil**

**11925 CR 917**

**Cresson, TX 76035**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   — — — —

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$51.38**

**Harris & Harris, Ltd.**

**111 W. Jackson Blvd. Suite 650**

**Chicago, IL 60604**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Collecting for North Texas Tollway Authority**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **9  0  7  9**

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$61.00**

**Harris & Harris, Ltd.**

**111 W. Jackson Blvd. Suite 650**

**Chicago, IL 60604**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Collecting for NTTA**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **5  6  2  7**

---

Debtor **LA Services, LLC**             Case number *(if known)* _____

      Name

## Part 2: Additional Page

### 3.49

**Nonpriority creditor's name and mailing address**

**HART HVAC LLC**

**2915 Greenlee Park Trail**

**Weatherford, TX 76088**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   **1 3 7 6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$373.91**

---

### 3.50

**Nonpriority creditor's name and mailing address**

**Hatter & Associates, LLP**

**6500 West Freeway Suite 101**

**Fort Worth, TX 76116**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$700.00**

---

### 3.51

**Nonpriority creditor's name and mailing address**

**Holt Cat**

**P.O. Box 207916**

**San Antonio, TX 78220**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,652.13**

---

### 3.52

**Nonpriority creditor's name and mailing address**

**Holt Texas LTD**

**P.O. Box 207916**

**San Antonio, TX 78220**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**   — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Business Equipment **Deficiency**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

Debtor    **LA Services, LLC**                                                    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $590.00

**Humana**

**P.O. Box 4600**

**Carol Stream, IL 60197**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Insurance**

Date or dates debt was incurred    _____

Last 4 digits of account number    **-  0  0  1**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480.00

**Intedata Systems Inc.**

**113 E 5th Street**

**Mountain Home, AR 72653**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Services Rendered**

Date or dates debt was incurred    _____

Last 4 digits of account number    **2  2  0  0**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

**Intuit Quickbooks**

**2700 Coast Avenue**

**Mountain View, CA 94043**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Collections**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71,181.55

**James R. Gravley, PLLC**

**P.O. Box 3579**

**Abilene, TX 79604**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Attorney for APSCO, Inc.**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              page 15 of 28

Debtor __**LA Services, LLC**_____     Case number *(if known)* _____

     Name

---

**Part 2:** Additional Page

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $667.50
--- | --- | --- | ---

**3.57** **Nonpriority creditor's name and mailing address**

**KDS Water Service, LLC**

**P.O. Box 5813**

**Granbury, TX 76049**

**As of the petition filing date, the claim is:**        **$667.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Rendered__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __1__ __1__ __1__ __3__

---

**3.58** **Nonpriority creditor's name and mailing address**

**Kebo Enterprises LLC**

**c/o The Law Office of Mark Piland**

**1107 W. Pearl Street Suite 101**

**Granbury, TX 76048**

**As of the petition filing date, the claim is:**       **$684,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Equipment Lease** **Deficiency**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Lawsuit C2024281

---

**3.59** **Nonpriority creditor's name and mailing address**

**Kebo Enterprises LLC**

**228 Maverick Ct.**

**Granbury, TX 76049**

**As of the petition filing date, the claim is:**       **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.60** **Nonpriority creditor's name and mailing address**

**Kilpatrick, Townsend & Stockton LLP**

**700 Louisiana St. Suite 4300**

**Houston, TX 77002**

**As of the petition filing date, the claim is:**       **$84,165.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Attorney for Precision** **Pump Systems**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

Remarks: Lawsuit 2021-26791

---

Debtor   **LA Services, LLC**                                            Case number *(if known)* _____
    Name

| Part 2: | Additional Page |
|---|---|

**3.61** **Nonpriority creditor's name and mailing address**

**KP Staffing**

**P.O. Box 1482**

**Fort Worth, TX 76101**

Date or dates debt was incurred   _____

Last 4 digits of account number   **4  8  2  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,838.09

---

**3.62** **Nonpriority creditor's name and mailing address**

**Magna Flow Environmental, Inc.**

**P.O. Box 60709**

**Houston, TX 77205**

Date or dates debt was incurred   _____

Last 4 digits of account number   **8  4  6  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,551.98

---

**3.63** **Nonpriority creditor's name and mailing address**

**MaintainX Inc.**

**382 NE 191st PL PMB 98008**

**Miami, FL 33179**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  0  0  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unsecured**

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,758.85

---

**3.64** **Nonpriority creditor's name and mailing address**

**NextLink Internet**

**P.O. Box 224704**

**Dallas, TX 75222**

Date or dates debt was incurred   _____

Last 4 digits of account number   **6  6  1  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
☐ Yes

$522.32

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 17 of 28

Debtor    **LA Services, LLC**

Name

Case number *(if known)*

## Part 2: Additional Page

**3.65 Nonpriority creditor's name and mailing address**

**North Texas Tollway**

**P.O. Box 260928**

**Plano, TX 75026**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

---

**3.66 Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

**Date or dates debt was incurred**

**Last 4 digits of account number**   **9  0  7  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$96.46**

---

**3.67 Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

**Date or dates debt was incurred**

**Last 4 digits of account number**   **6  2  6  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,005.98**

---

**3.68 Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

**Date or dates debt was incurred**

**Last 4 digits of account number**   **7  8  3  2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,121.50**

---

| Debtor | **LA Services, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.69** **Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 260928**

**Plano, TX 75026**

Date or dates debt was incurred _____

Last 4 digits of account number  **2  9  4  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

$1,094.35

---

**3.70** **Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 260928**

**Plano, TX 75026**

Date or dates debt was incurred _____

Last 4 digits of account number  **5  6  2  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

$4,896.76

---

**3.71** **Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

Date or dates debt was incurred _____

Last 4 digits of account number  **9  5  5  7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

$974.92

---

**3.72** **Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

Date or dates debt was incurred _____

Last 4 digits of account number  **5  7  3  9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

$2,236.27

---

Debtor    **LA Services, LLC**                                     Case number *(if known)* _____

      Name

---

**Part 2:** Additional Page

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,174.05**
--- | --- | ---

**3.73**

**Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

Date or dates debt was incurred    _____

Last 4 digits of account number    **u  n  t  s**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$14,174.05**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**NTTA**

**P.O. Box 660244**

**Dallas, TX 75266**

Date or dates debt was incurred    _____

Last 4 digits of account number    **7  3  3  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$836.88**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**Oncor Electric Delivery Company LLC**

**c/o Anozie LLP**

**6120 Swiss Avenue #140838**

**Dallas, TX 75214**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: Lawsuit 2024-005597-1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**unknown**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**Personal Concepts**

**P.O. Box 5750**

**Carol Stream, IL 60197**

Date or dates debt was incurred    _____

Last 4 digits of account number    **9  5  1  8**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$640.95**

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page 20 of 28

Debtor    **LA Services, LLC**                                                    Case number *(if known)* _____

    Name

---

Part 2:    Additional Page

---

**3.77** **Nonpriority creditor's name and mailing address**

**Professional Account Management**

**P.O. Box 863867**

**Plano, TX 75086**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **3  6  7  0**

**As of the petition filing date, the claim is:**                    $61.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collecting for NTTA**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

**Professional Account Management**

**P.O. Box 863867**

**Plano, TX 75086**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **1  9  1  0**

**As of the petition filing date, the claim is:**                    $119.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Collecting for NTTA**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

**Professional Account Management, LLC**

**P.O. Box 863867**

**Plano, TX 75086**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **8  0  5  0**

**As of the petition filing date, the claim is:**                    $45.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tolls Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

**Professional Account Management, LLC**

**P.O. Box 863867**

**Plano, TX 75086**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** **7  6  7  8**

**As of the petition filing date, the claim is:**                    $129.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **LA Services, LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $81.16 |
|---|---|---|---|

**Professional Account Management, LLC**

P.O. Box 863867

Plano, TX 75086

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Collecting for NTTA**

Date or dates debt was incurred

Last 4 digits of account number     **4  1  7  0**

**Is the claim subject to offset?**
☑ No
❑ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $957.32 |
|---|---|---|---|

**Professional Account Management, LLC**

P.O. Box 863867

Plano, TX 75086

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Collecting for NTTA**

Date or dates debt was incurred

Last 4 digits of account number     **u  n  t  s**

**Is the claim subject to offset?**
☑ No
❑ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $518.23 |
|---|---|---|---|

**Professional Account Management, LLC**

P.O. Box 863867

Plano, TX 75086

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Toll Fees**

Date or dates debt was incurred

Last 4 digits of account number     **4  8  1  7**

**Is the claim subject to offset?**
☑ No
❑ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $167.33 |
|---|---|---|---|

**Southwest Credit**

P.O. Box 622001

Dallas, TX 75262-2001

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Collecting for NTTA**

Date or dates debt was incurred

Last 4 digits of account number     **4  5  5  8**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **LA Services, LLC**
     Name

Case number *(if known)*

---

**Part 2:**   Additional Page

---

**3.85**  **Nonpriority creditor's name and mailing address**

**Stealth Towing And Recovery Services LLC**

**P.O. Box 679**

**Azle, TX 76098**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Notice Only**

**Is the claim subject to offset?**
☑ No
❑ Yes

**unknown**

---

**3.86**  **Nonpriority creditor's name and mailing address**

**Texas Workforce Commission**

**Tax Department**

**P.O. Box 591**

**Fort Worth, TX 76101**

**Date or dates debt was incurred**

**Last 4 digits of account number**  **2  4  -  0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Interest for Late Payment of Tax**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$3,251.07**

---

**3.87**  **Nonpriority creditor's name and mailing address**

**The Reid Firm**

**1840 Acton Highway**

**Granbury, TX 76049**

**Date or dates debt was incurred**

**Last 4 digits of account number** — — — —

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$5,328.50**

---

**3.88**  **Nonpriority creditor's name and mailing address**

**TSI/Transworld Systems Inc.**

**500 Virginia Dr. Suite 514**

**Fort Washington, PA 19034**

**Date or dates debt was incurred**

**Last 4 digits of account number**  **8  2  7  4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Collecting for USA Bluebook**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$20,353.69**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      **LA Services, LLC**                                              Case number *(if known)*
      Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.89** **Nonpriority creditor's name and mailing address**

**TxTag**

**P.O. Box 650749**

**Dallas, TX 75265-0749**

Date or dates debt was incurred

Last 4 digits of account number      **0   1   8   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Toll Fees**

**Is the claim subject to offset?**
☑ No
❑ Yes

$37.87

---

**3.90** **Nonpriority creditor's name and mailing address**

**UniFirst Holdings Corporation**

**c/o Davis Business Law**

**P.O. Box 346**

**Enid, OK 73701**

Date or dates debt was incurred

Last 4 digits of account number      **3   9   8   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

$112,847.97

---

**3.91** **Nonpriority creditor's name and mailing address**

**United Cooperative Services**

**P.O. Box 290**

**Stephenville, TX 76401**

Date or dates debt was incurred

Last 4 digits of account number      **6   0   0   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

$1,988.65

---

**3.92** **Nonpriority creditor's name and mailing address**

**United Cooperative Services**

**P.O. Box 290**

**Stephenville, TX 76401**

Date or dates debt was incurred

Last 4 digits of account number      **6   0   0   1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

**Is the claim subject to offset?**
☑ No
❑ Yes

$260.82

---

Debtor    **LA Services, LLC**                                                                   Case number *(if known)* _____

      Name

---

**Part 2:**  Additional Page

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,492.60** |
|---|---|---|---|

**Verizon Business**

**P.O. Box 489**

**Newark, NJ 07101**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **0   0   0   1**

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,382.36** |
|---|---|---|---|

**Verizon Business**

**P.O. Box 489**

**Newark, NJ 07101**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Services Rendered**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   **0   0   0   1**

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Verizon Connect**

**200 S Oakridge Dr. Suite 102**

**Weatherford, TX 76087**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Notice Only**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**Wellington State Bank**

**1343 N Plaza Dr.**

**Granbury, TX 76048**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Loan**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
❑ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 25 of 28

Debtor   **LA Services, LLC**                                           Case number *(if known)* _____
Name

## Part 2:  Additional Page

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,017.16** |
|---|---|---|---|

**Wellington State Bank**

**1343 N Plaza Dr.**

**Granbury, TX 76048**

❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred   **12/28/2021**

**Deficiency on Auto**
Basis for the claim: **Repossession**

Last 4 digits of account number   **4  2  1  3**

**Is the claim subject to offset?**
☑ No
❑ Yes

Remarks: 2017 Ram 3500

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,436.50** |
|---|---|---|---|

**Wellington State Bank**

**1343 N Plaza Dr.**

**Granbury, TX 76048**

❑ Contingent
❑ Unliquidated
❑ Disputed

Date or dates debt was incurred   _____

**Deficiency on Auto**
Basis for the claim: **Repossession**

Last 4 digits of account number   **4  2  4  9**

**Is the claim subject to offset?**
☑ No
❑ Yes

Remarks: 2017 Ford F250 Lariat

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,666.00** |
|---|---|---|---|

**Whitaker Chalk Swindle & Schwartz PLLC**

**301 Commerce St. Suite 3500**

**Fort Worth, TX 76102**

❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Services Rendered**

Date or dates debt was incurred   _____

Last 4 digits of account number   **-  B  S  P**

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141,160.35** |
|---|---|---|---|

**Winsupply Hood County TX**

**143 Business Blvd.**

**Granbury, TX 76049**

❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: **Services Rendered**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 26 of 28

Debtor    **LA Services, LLC**_____          Case number *(if known)* _____
           Name

| Part 2: | Additional Page |
|---|---|

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,026.00**

**Wolters Kluwer**_____

**9797 Rambauer Rd. Suite 250**_____

**Coppell, TX 75019**_____

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Services Rendered**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    **6  6  2  7**

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown**

**Zone Industries, LLC**_____

**dba Precision Pump Systems**_____

**3303 Cypresswood Dr.**_____

**Spring, TX 77388**_____

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Notice Only**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**    __ __ __ __

**Remarks:** Lawsuit 2021-26791

Debtor **LA Services, LLC**

Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$2,723,852.52** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,723,852.52** |

Fill in this information to identify the case:

Debtor name **LA Services, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2020 Chevrolet Colorado** | **Ally Financial** |
| | | **Contract to be REJECTED** | **2911 Lake Vista Dr.** |
| | State the term remaining | **0 months** | **Lewisville, TX 75067** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2022 Chevrolet Suburban** | **Ally Financial** |
| | | **Contract to be REJECTED** | **2911 Lake Vista Dr.** |
| | State the term remaining | **0 months** | **Lewisville, TX 75067** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2020 Ram 3500 Chassis** | **Ally Financial** |
| | | **Contract to be REJECTED** | **2911 Lake Vista Dr.** |
| | State the term remaining | **0 months** | **Lewisville, TX 75067** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease - 2020 Ford F-350** | **Ally Financial** |
| | | **Contract to be REJECTED** | **2911 Lake Vista Dr.** |
| | State the term remaining | **0 months** | **Lewisville, TX 75067** |
| | List the contract number of any government contract | | |

Debtor   **LA Services, LLC**
Name                                                    Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

State what the contract or lease is for and the nature of the debtor's interest: **Auto Lease - 2022 Ram 2500** / **Contract to be REJECTED**

State the term remaining: **0 months**

List the contract number of any government contract:

**Ally Financial**
**2911 Lake Vista Dr.**
**Lewisville, TX 75067**

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: **Auto Lease - 2020 Ram 3500** / **Contract to be REJECTED**

State the term remaining: **0 months**

List the contract number of any government contract:

**Ally Financial**
**2911 Lake Vista Dr.**
**Lewisville, TX 75067**

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: **Auto Lease - 2020 Chevrolet Silverado** / **Contract to be REJECTED**

State the term remaining: **0 months**

List the contract number of any government contract:

**Ally Financial**
**2911 Lake Vista Dr.**
**Lewisville, TX 75067**

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: **Auto Lease - 2021 Ram 2500** / **Contract to be REJECTED**

State the term remaining: **0 months**

List the contract number of any government contract:

**Ally Financial**
**2911 Lake Vista Dr.**
**Lewisville, TX 75067**

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: **Auto Lease - 2015 Ford F-350** / **Contract to be REJECTED**

State the term remaining: **0 months**

List the contract number of any government contract:

**Ally Financial**
**2911 Lake Vista Dr.**
**Lewisville, TX 75067**

**2.10**

State what the contract or lease is for and the nature of the debtor's interest: **Commercial Lease** / **Contract to be REJECTED**

State the term remaining: **0 months**

List the contract number of any government contract:

**DAM Properties LLC**
**412 HCR 2200**
**Aquilla, TX 76622**

Fill in this information to identify the case:

Debtor name        **LA Services, LLC**

United States Bankruptcy Court for the: _____**Northern**_____  District of _____**Texas**_____
                                                                                            (State)
Case number (If known): _____

☐ Check if this is an
   amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Foyt, Adrianne Dawn** | **2700 Weatherford Hwy**<br>Street<br><br>**Granbury, TX 76049**<br>City          State          ZIP Code | **Advisory Financial Services, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **DAM Properties, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Zone Industries, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **DAM Properties LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Foyt, Leonard Clarence** | **2700 Weatherford Hwy**<br>Street<br><br>**Granbury, TX 76049**<br>City          State          ZIP Code | **Advisory Financial Services, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **DAM Properties, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **DAM Properties LLC** | ☐ D<br>☑ E/F<br>☐ G |

Debtor  **LA Services, LLC**                                    Case number (if known) _____
　　　　　Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | _____<br>Street<br>_____<br>_____<br>City　　State　　ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>_____<br>City　　State　　ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.5 | _____ | _____<br>Street<br>_____<br>_____<br>City　　State　　ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.6 | _____ | _____<br>Street<br>_____<br>_____<br>City　　State　　ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case:

Debtor name **LA Services, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................................

   **$419,080.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................................................

   **$150,350.54**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..............................................................................................................

   **$569,430.54**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$1,427,362.35**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   **+  $2,723,852.52**

4. **Total liabilities**...............................................................................................................................

   **$4,151,214.87**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____**LA Services, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<table>
<tr><td colspan="3"><strong>Part 1:</strong> Income</td></tr>
</table>

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$6,510,326.86** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,118,822.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor **LA Services, LLC**
    Name

Case number *(if known)* _____

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Wellington State Bank**<br>Creditor's name<br>**1343 N Plaza Dr.**<br>Street<br><br>**Granbury, TX 76048**<br>City    State    ZIP Code | **01/14/2025** | **$12,017.16** | ☑ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |
| 3.2. **Wellington State Bank**<br>Creditor's name<br>**1343 N Plaza Dr.**<br>Street<br><br>**Granbury, TX 76048**<br>City    State    ZIP Code | **01/14/2025** | **$50,545.00** | ☑ Secured debt<br>❏ Unsecured loan repayments<br>❏ Suppliers or vendors<br>❏ Services<br>❏ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❏ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leonard Foyt Sr.**<br>Creditor's name<br>**38 Road 5217**<br>Street<br><br>**Farmington, NM 87401**<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>**Father-in-law of Adrianne Foyt** | **10/2024** | **$40,000.00** | **Leonard Foyt Sr. made a loan to LA Services, LLC in 6/2023 in order for the company to make payroll. Business was unable to pay the pay the Debt until 10/2024.** |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❏ None

Debtor **LA Services, LLC**
Name

Case number *(if known)*

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **GM Financial**<br>Creditor's name<br><br>**4001 Embarcadero Drive**<br>Street<br><br><br>**Arlington, TX 76014**<br>City  State  ZIP Code | **2024 Chevrolet Silverado 3500** | **2/2025** | |
| 5.2. **Caterpillar Financial Services Corp.**<br>Creditor's name<br>**P.O. Box 340001**<br>Street<br><br><br>**Nashville, TN 37203**<br>City  State  ZIP Code | **2022 Caterpillar 305E2CR Mini Hydraulic Excavator** | **3/2025** | |
| 5.3. **Caterpillar Financial Services Corporation**<br>Creditor's name<br>**P.O. Box 340001**<br>Street<br><br><br>**Nashville, TN 37203**<br>City  State  ZIP Code | **2024 Caterpillar 303.5-07CR Hydraulic Excavator S/N RE904271 & 2024 Caterpillar 303.5-07CR Hydraulic Excavator S/N RE904273** | **2/2025** | |
| 5.4. **Ally Financial**<br>Creditor's name<br>**P.O. Box 380903**<br>Street<br><br><br>**Minneapolis, MN 55438**<br>City  State  ZIP Code | **2022 Chevrolet Suburban** | **02/2025** | |
| 5.5. **Ally Financial**<br>Creditor's name<br>**P.O. Box 380903**<br>Street<br><br><br>**Minneapolis, MN 55438**<br>City  State  ZIP Code | **2022 Ram 2500** | **2/2025** | |
| 5.6. **Ally Financial**<br>Creditor's name<br>**P.O. Box 380903**<br>Street<br><br><br>**Granbury, TX 76048**<br>City  State  ZIP Code | **2020 Chevrolet Silverado** | **2/2025** | |
| 5.7. **Ally Financial**<br>Creditor's name<br>**P.O. Box 380903**<br>Street<br><br><br>**Minneapolis, MN 55438**<br>City  State  ZIP Code | **2020 Ford F-350** | **2/2025** | |

Debtor **LA Services, LLC**
Name

Case number *(if known)*

| 5.8. | **Ally Financial** | **2021 Ram 2500** | **2/2025** | |
| | Creditor's name | | | |
| | **P.O. Box 380903** | | | |
| | Street | | | |
| | | | | |
| | **Minneapolis, MN 55438** | | | |
| | City                     State     ZIP Code | | | |

| 5.9. | **Caterpillar Financial Services** | **2024 Caterpillar 303.5-07CR Hydraulic Excavator S/N RE904272** | **2/2025** | |
| | Creditor's name | | | |
| | **P.O. Box 340001** | | | |
| | Street | | | |
| | | | | |
| | **Nashville, TN 37203** | | | |
| | City                     State     ZIP Code | | | |

| 5.10. | **Ally Financial** | **2020 Ram 3500 Chassis** | **03/2025** | |
| | Creditor's name | | | |
| | **P.O. Box 380903** | | | |
| | Street | | | |
| | | | | |
| | **Minneapolis, MN 55438** | | | |
| | City                     State     ZIP Code | | | |

| 5.11. | **Caterpillar Financial Services** | **2022 Caterpillar 305E2CR Mini Hydraulic Excavator S/N H5M15921** | **2/2025** | |
| | Creditor's name | | | |
| | **P.O. Box 340001** | | | |
| | Street | | | |
| | | | | |
| | **Nashville, TN 37203** | | | |
| | City                     State     ZIP Code | | | |

| 5.12. | **Caterpillar Financial Services Corporation** | **2019 Caterpillar 303.5E2CR Hydraulic Excavator S/N JWY06169 & 2022 Caterpillar 303-07CR Hydraulic Excavator S/N MY300779** | **02/2025** | |
| | Creditor's name | | | |
| | **P.O. Box 340001** | | | |
| | Street | | | |
| | | | | |
| | **Nashville, TN 37203** | | | |
| | City                     State     ZIP Code | | | |

| 5.13. | **Wellington State Bank** | **2017 Ram 3500** | **04/14/2025** | **$30,100.00** |
| | Creditor's name | | | |
| | **1343 N Plaza Dr.** | | | |
| | Street | | | |
| | | | | |
| | **Granbury, TX 76048** | | | |
| | City                     State     ZIP Code | | | |

| 5.14. | **Wellington State Bank** | **2017 Ford F250 Lariat** | **04/14/2025** | **$37,650.00** |
| | Creditor's name | | | |
| | **1343 N Plaza Dr.** | | | |
| | Street | | | |
| | | | | |
| | **Granbury, TX 76048** | | | |
| | City                     State     ZIP Code | | | |

Debtor    **LA Services, LLC**
Name
Case number *(if known)*

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ City        State     ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Advisory Financial Services, LLC vs. LA Services, LLC, Adrianne Foyt, and Leonard Foyt, Jr.**  Case number  **C2025005** | **Lawsuit** | **In The District Court, 355th Judicial District of Hood County, Texas** Name  **1200 W. Pearl St.** Street  **Granbury, TX 76048** City        State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **DAM Properties, LLC vs. LA Services, LLC, Adrianne Foyt, and Leonard Foyt, Jr.**  Case number  **C2024263** | **Lawsuit** | **In The District Court, 355th Judicial District of Hood County, Texas** Name  **1200 W. Pearl St.** Street  **Granbury, TX 76048** City        State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Kebo Enterprises LLC vs. LA Services LLC**  Case number  **C2024281** | **Lawsuit** | **In The District Court, 355th Judicial District of Hood County, Texas** Name  **1200 W. Pearl St.** Street  **Granbury, TX 76048** City        State     ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |

Debtor   **LA Services, LLC**                                              Case number *(if known)*
Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Zone Industries, LLC dba Precision Pump Systems vs. LA Services, LLC and Adrianne Foyt, Individually** | **Lawsuit** | **In The District Court, 295th Judicial District of Harris County, Texas**<br>Name<br><br>**201 Caroline St.**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br><br>**2021-26791** | | **Houston, TX 77002**<br>City          State      ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Oncor Electric Delivery Company LLC vs. LA Service and John Doe** | **Lawsuit** | **In The County Court At Law No. 1 of Tarrant County, Texas**<br>Name<br><br>**100 West Weatherford St.**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**2024-005597-1** | | **Fort Worth, TX 76196**<br>City          State      ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br><br>City          State      ZIP Code | **Case title**<br><br><br>**Case number**<br><br><br>**Date of order or assignment** | **Court name and address**<br><br>Name<br><br>Street<br><br><br>City          State      ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **LA Services, LLC** _____   Case number *(if known)* _____
           Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State      ZIP Code

**Recipient's relationship to debtor**

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Machi & Associates, PC** | **Attorney's Fee** | **02/21/2025** | **$9,662.00** |
| | **Address** | **Court Filing Fee** | **02/21/2025** | **$338.00** |
| | **1521 N. Cooper Street Suite 550**<br>Street | | | |
| | **Arlington, TX 76011**<br>City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor **LA Services, LLC**
      Name

Case number *(if known)* _____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Dynamic Services FCC, LLC** | **Truck Equipment sold to Dynamic Services FCC, LLC. List of equipment will be attached at filing. 4/11/2025 - paid $5,149.62** | **01/28/2025** | **$5,149.62** |
| | **Address** | | | |
| | **5702 Acton Circle Suite 106**<br>Street | | | |
| | **Granbury, TX 76049**<br>City     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| 13.2. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Dynamic Services FCC, LLC** | **Shop Equipment sold to Dynamic Services FCC, LLC. List of equipment will be attached at filing. 1/28/2025 - paid $10,000.00 2/14/2025 - paid $705.00** | **01/28/2025** | **$10,705.00** |
| | **Address** | | | |
| | **5702 Acton Circle Suite 106**<br>Street | | | |
| | **Granbury, TX 76049**<br>City     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

Debtor    **LA Services, LLC**                                                                              Case number *(if known)* _____
          Name

| 13.3. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **Dynamic Services FCC, LLC** | **Office Equipment sold to Dynamic Services FCC, LLC. List of equipment will be attached at filing. 02/14/2025 - $1,795.00 04/25/2025 - $1,835.00** | **01/28/2025** | **$3,630.00** |
| | **Address** | | | |
| | **5702 Acton Circle Suite 106**<br>Street | | | |
| | **Granbury, TX 76049**<br>City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| 13.4. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| | **M&D Towing Services, LLC** | **Sold 2022 Lonestar LS Gn DE & 2022 Lonestar 14' trailer** | **01/13/2025** | **$43,000.00** |
| | **Address** | | | |
| | **5704 Acton Cir.**<br>Street | | | |
| | **Granbury, TX 76049**<br>City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

---

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|

14.1. _____            From _____  To _____
      Street

      _____

      _____
      City          State      ZIP Code

Debtor   **LA Services, LLC** _____   Case number *(if known)* _____
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City          State     ZIP Code | _____<br><br>_____ | *Check all that apply:*<br>❏ Electronically<br>❏ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❏ No

❏ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

　　❏ No. Go to Part 10.

　　❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

❏ No

❏ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **10**

Debtor   **LA Services, LLC**                                                     Case number *(if known)* _____
        Name

18.1  **Herring Bank**                        XXXX– _ _ _ _        ☑Checking          **2024**         _____
      Name                                                        ☐ Savings
      **108 Industrial Ave.**                                     ☐ Money market
      Street                                                      ☐ Brokerage
      _____                            ☐ Other
      **Azle, TX 76020**
      City                State     ZIP Code                                ─────────

18.2  **Cowboy Bank of Texas**                XXXX– **6 8 1 8**    ☑Checking          **11/26/2024**    **$0.00**
      Name                                                        ☐ Savings
      **100 North Main**                                          ☐ Money market
      Street                                                      ☐ Brokerage
      _____                            ☐ Other
      **Maypearl, TX 76064**
      City                State     ZIP Code                                ─────────

18.3  **Wellington State Bank**               XXXX– **3 2 2 3**    ☑Checking          **01/2025**       **$0.69**
      Name                                                        ☐ Savings
      **1343 N. Plaza**                                           ☐ Money market
      Street                                                      ☐ Brokerage
      _____                            ☐ Other
      **76048**
      City                State     ZIP Code                                ─────────

18.4  **Wellington State Bank**               XXXX– **4 7 1 3**    ☑Checking          **01/02/2025**    **$9.00**
      Name                                                        ☐ Savings
      **1343 N. Plaza Dr.**                                       ☐ Money market
      Street                                                      ☐ Brokerage
      _____                            ☐ Other
      **Granbury, TX 76048**
      City                State     ZIP Code                                ─────────

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **11**

Debtor   **LA Services, LLC**                                                                            Case number *(if known)*
_____
Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
|      |                           |                                   |                             | ❏ No |
|      | _____ | _____ | _____ | ❏ Yes |
|      | Name |                                   | _____ | |
|      | _____ | _____ | _____ | |
|      | Street |                                 | **Address** | |
|      | _____ | _____ | _____ | |
|      | City            State    ZIP Code | _____ | _____ | |
|      |                           | _____ | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
|                          |                          |                             | _____ |
| _____ | _____ | _____ | |
| Name |                          | _____ | |
| _____ | _____ | _____ | |
| Street |                        |                             | |
| _____ | _____ | _____ | |
| _____ | | _____ | |
| City            State    ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❏ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
|            |                                  |                    | ❏ Pending |
| _____ | _____ | _____ | ❏ On appeal |
| **Case number** | Name | _____ | ❏ Concluded |
| | _____ | _____ | |
| _____ | Street | _____ | |
| | _____ | _____ | |
| | City            State    ZIP Code | _____ | |

Debtor   **LA Services, LLC**
Name

Case number *(if known)* _____

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City               State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City               State    ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. <br>Name <br>Street <br>City          State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **13**

Debtor **LA Services, LLC**        Case number *(if known)* _____
     Name

| Name and address | Dates of service |
|---|---|
| 26a.1. **Chad Simpkins, CFO for LA Services** <br> Name <br> **501 Rock Harbor Dr.** <br> Street <br><br> **Granbury, TX 76048** <br> City    State    ZIP Code | From **2021** To **03/29/2024** |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Delaine Taylor, Delaines' Place LLC** <br> Name <br> **1101 W Pearl Street** <br> Street <br><br> **Granbury, TX 76048** <br> City    State    ZIP Code | From **2019** To **present** |

| Name and address | Dates of service |
|---|---|
| 26a.3. **Cheyenne Dyer, Office Manager at LA Services** <br> Name <br> **204 Granada Calle Street** <br> Street <br><br> **Granbury, TX 76049** <br> City    State    ZIP Code | From **2021** To **2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br><br> Street <br><br> City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> **Foyt, Adrianne Dawn** <br> Name <br> **2700 Weatherford Hwy** <br> Street <br><br> **Granbury, TX 76049** <br> City    State    ZIP Code | |

Debtor    **LA Services, LLC**                                                Case number *(if known)* _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Chad Simpkins**                                                **Unsure of what Chad Simpkins**
Name                                                             **has in his possession**

**501 Rock Harbor Dr.**
Street

**Granbury, TX 76048**
City                          State              ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.3.

**Delaine Taylor, Delaines' Place, LLC**
Name

**1101 W. Pearl Street**
Street

**Granbury, TX 76048**
City                          State              ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____
City                          State              ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

_____
Name

_____
Street

_____
City                          State              ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **15**

Debtor **LA Services, LLC**
Name

Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Foyt, Adrianne Dawn** | **2700 Weatherford Hwy Granbury, TX 76049** | **President,** | **99.00%** |
| **Foyt, Leonard Clarence** | **2700 Weatherford Hwy Granbury, TX 76049** | **Vice President,** | **0.00%** |
| **Cheyenne Dyer** | **204 Granada Calle Street Granbury, TX 76049** | **Secretary,** | **0.00%** |
| **Adrian B. Martin** | **700 N Cresson Hwy Cresson, TX 76035** | **Treasurer,** | **0.00%** |
| **Adrian D. Hooper** | **2700 Weatherford Hwy Granbury, TX 76049** | **Member,** | **1.00%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Chad Simpkins** | **501 Rock Harbor Dr. Granbury, TX 76048** | **CFO,** | From **2021** <br> To **03/2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Foyt, Adrianne Dawn** <br> Name <br> **2700 Weatherford Hwy** <br> Street <br> **Granbury, TX 76049** <br> City   State   ZIP Code <br><br> Relationship to debtor <br> **President/99% owner** | **$5,200.00** <br> **$8,500.00** <br> **$6,000.00** <br> **$5,800.00** <br> **$6,000.00** <br> **$8,500.00** <br> **$2,500.00** <br> **$8,800.00** <br> **$8,500.00** <br> **$6,000.00** <br> **$8,000.00** <br> **$6,800.00** <br> **$5,850.00** <br> **$4,750.00** <br> **$8,600.00** <br> **$7,850.00** | **11/05/2024** <br> **10/31/2024** <br> **10/25/2024** <br> **10/18/2024** <br> **10/05/2024** <br> **10/03/2024** <br> **10/02/2024** <br> **09/13/2024** <br> **08/31/2024** <br> **08/14/2024** <br> **07/28/2024** <br> **06/20/2024** <br> **05/31/2024** <br> **05/20/2024** <br> **05/08/2024** <br> **05/04/2024** | **Owner Draw** |

Debtor    **LA Services, LLC**
Name

Case number *(if known)*

| | |
|---:|---|
| **$6,500.00** | **04/25/2024** |
| **$4,150.00** | **04/16/2024** |
| **$1,029.30** | **12/06/2024** |
| **$11,163.72** | **12/02/2024** |
| **$7,998.33** | **11/25/2024** |
| **$9,470.72** | **11/18/2024** |
| **$874.95** | **11/12/2024** |
| **$3,113.93** | **11/08/2024** |
| **$3,499.80** | **11/06/2024** |
| **$8,415.08** | **11/05/2024** |
| **$874.95** | **11/04/2024** |
| **$4,374.75** | **11/01/2024** |
| **$12,817.05** | **10/31/2024** |
| **$3,860.25** | **10/28/2024** |
| **$4,435.33** | **10/25/2024** |
| **$17,169.38** | **10/21/2024** |
| **$12,907.82** | **10/15/2024** |
| **$15,836.82** | **10/07/2024** |
| **$4,118.40** | **10/04/2024** |
| **$10,502.40** | **10/03/2024** |
| **$9,112.05** | **09/30/2024** |
| **$3,809.70** | **09/27/2024** |
| **$4,427.40** | **09/24/2024** |
| **$869.81** | **09/16/2024** |
| **$2,831.55** | **09/13/2024** |
| **$231.83** | **09/11/2024** |
| **$5,997.53** | **09/10/2024** |
| **$12,175.13** | **09/09/2024** |
| **$3,603.60** | **09/06/2024** |
| **$4,633.20** | **09/03/2024** |
| **$180.38** | **08/30/2024** |
| **$5,354.10** | **08/26/2024** |
| **$2,646.33** | **08/06/2024** |
| **$2,059.20** | **08/02/2024** |
| **$5,508.75** | **07/30/2024** |
| **$5,148.00** | **07/29/2024** |
| **$3,603.60** | **07/22/2024** |

Debtor   **LA Services, LLC**
Name

Case number *(if known)* _____

| | |
|---|---|
| $257.55 | 07/03/2024 |
| $926.70 | 07/02/2024 |
| $3,243.15 | 07/01/2024 |
| $206.10 | 06/27/2024 |
| $1,132.50 | 06/25/2024 |
| $3,808.80 | 06/24/2024 |
| $1,956.30 | 06/03/2024 |
| $1,250.00 | 04/25/2024 |
| $3,230.00 | 04/23/2024 |
| $3,250.00 | 04/22/2024 |
| $1,000.00 | 04/17/2024 |
| $800.00 | 04/12/2024 |
| $3,971.98 | 04/22/2024 |
| $1,459.18 | 04/19/2024 |
| $574.25 | 04/17/2024 |
| $2,802.00 | 04/16/2024 |
| $7,000.00 | 11/27/2024 |
| $8,500.00 | 11/23/2024 |
| $4,393.00 | 11/21/2024 |
| $7,500.00 | 11/03/2024 |
| $8,500.00 | 09/30/2024 |
| $8,600.00 | 09/15/2024 |
| $4,000.00 | 09/05/2024 |
| $5,000.00 | 09/01/2024 |
| $3,000.00 | 08/26/2024 |
| $126.00 | 07/15/2024 |
| $6,000.00 | 06/25/2024 |
| $2,500.00 | 06/25/2024 |
| $2,500.00 | 06/08/2024 |
| $3,500.00 | 06/05/2024 |
| $6,500.00 | 06/05/2024 |
| $7,500.00 | 05/25/2024 |
| $7,500.00 | 05/25/2024 |
| $5,500.00 | 05/09/2024 |
| $6,000.00 | 04/26/2024 |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor **LA Services, LLC**
_____ Case number *(if known)* _____
Name

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **04/30/2025**
            MM/  DD/  YYYY

**X** **/s/ Adrianne Dawn Foyt**_____     Printed name _____**Adrianne Dawn Foyt**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor _____**President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

| DESCRIPTION | QTY | VAULE |
|---|---|---|
| BIG BLUE HANDLE CHANNELLOCK | 3 | 57 |
| SMALL BLUE HANDLE CHANNELLOCK | 10 | 114.6 |
| REED POLY CLAMPS LONG SILVER CLAMPS | 3 | 75 |
| HUSKEY PVC/POLY CUTTERS HAND HELD | 6 | 42 |
| DEWALT IMPACT | 3 | 373.71 |
| DEWALT SAWZALL | 3 | 747 |
| REED SPEED WRENCH | 2 | 200 |
| REED SOCKET SET REED DEEP SOCKET/RED CASE | 3 | 267 |
| PREDATOR 2" TRASH PUMP | 2 | 299.05 |
| ABBOT 2" GREEN HOSES W/SCREEN | 7 | 84 |
| STRUCTONLONG HANDLE SHOVELS | 6 | 158.72 |
| USA BLUEBOOK LONG T HANDLE PROBE | 4 | 184 |
| MILWAKEE SAW BLADES | 2 | 20 |
| 15" CRESENT | 3 | 64.29 |
| HUSKEY 24" PIPE WRENCHES | 8 | 200 |
| HOME DEPO GAS CAN CLEAR OR RED | 2 | 24 |
| HOME DEPO DIESEL CAN CLEAR OR YELLOW | 3 | 45 |
| MILWAKEE LONG HANDLE PRY BARS | 5 | 115.62 |
| REED TAPPING TOOL | 1 | 435 |
| ESTWING 3.5 LBS. HAMMER | 2 | 22 |
| HAND PUMP W/HOSE | 2 | 35 |
| GREASE GUN W/GREASE | 3 | 33 |
| DEWALT BATTERY YELLOW AND BLACK | 5 | 562.63 |
| MILWAKEE 25' TAPE MEASURE | 3 | 30 |
| LENOX WHITE OR ORANGE HAND SAW | 4 | 54 |
| LONG T HANDLE KEY | 2 | 9 |
| REED LONG T HANDLE SQUARE NUT VALVE KEY | 2 | 92 |
| HOME DEPO RAKE | 3 | 21 |
| STHIL CHAINSAW | 1 | 100 |
| DEWALT DRILL | 2 | 150 |
| DEWALT IMPACT DRIVER | 1 | 100 |

**TOTAL**                                          **5149.62**

SHOP INVENTORY

| Brand | Name | Description | Qty | Amount |
|---|---|---|---|---|
| Unknown | Water Hoses | 20 Ft | 2 | 40 |
| Unknown | Extenstion Ladders | Silver | 2 | 180 |
| Unknown | A Frame Ladders | Blue and Orange | 2 | 130 |
| AGT and Honda | 3" Trash Pumps | 2 Black and 1 Yellow | 3 | 125 |
| Stanley Fatmax | Battery Chager | Gray and Yellow | 1 | 70 |
| Dewalt | Chop Saw | Yellow | 1 | 110 |
| Ryobi | Skill Saw | Green | 1 | 30 |
| Maverick Tools | Air Compressor | Blue | 1 | 75 |
| Reed | Deep Sockets | Reed Deep Sockets/Red Case | 1 | 175 |
| Preadator | Trash Pumps | Predator 2" Pump | 8 | 1120 |
| Abbot | 2" Hoses | 2" Green Hoses w/ Screen | 5 | 200 |
| Unknown | Shovels | Long Handle Shovels | 2 | 20 |
| Commercial Electric | Shop fan | Orange Round | 1 | 200 |
| Sunmer | Jack Stands | Black Fold A Jack | 4 | 160 |
| Porter Cable | Air Compressor | Gray | 1 | 160 |
| Ridgid | Shop Vac | Orange | 1 | 65 |
| Kobalt | Air Compressor | Pancake | 1 | 65 |
| Unknown | T Post Drivers | Yellow and brown | 2 | 40 |
| Hobart | Welder | White | 1 | 325 |
| Reed | Reed Tapping Tool | Tapping Tool | 1 | 435 |
| Stihl | Pressure Washer | Orange and White | 1 | 325 |
| Porter Cable | Air Compressor | Pancake | 1 | 85 |
| Unknown | Oil Drip Pan | Black Plastic | 1 | 5 |
| Ryobi | Cement Mixer | Gray and Green | 1 | 175 |
| Troy Bilt | Push Lawn Mower | Red | 1 | 50 |
| Briggs and Stratton | Edge Trimmer | Black | 1 | 25 |
| Unknown | Meter Key | Long T Handle Key | 1 | 5 |
| ACDELCO | 2 Ton Engine Hoist | Blue and Gray | 1 | 140 |
| Unknown | Rake | Rake | 3 | 20 |
| Duralast | Creeper | Black | 1 | 40 |
| Unknown | Floor Jack | Blue and Gray | 2 | 150 |
| Kobalt | Tool box | Gray | 1 | 100 |
| Husky | Tool box | Gray | 2 | 200 |
| Tractor Supply | Tool box | Black | 1 | 100 |
| Unknown | Paraburner | Black | 1 | 30 |
| Unknown | Propane Bottles | Gray | 2 | 30 |
| Central Pnematic | 20lb Abrasive Blaster | Red and Black | 1 | 100 |

| | | | | |
|---|---|---|---|---|
| Unknown | Tool box | Black | 1 | 100 |
| Ridgid | Boxes | Orange and gray | 8 | 1250 |
| Kundel | Shoring Equipment | Orange and Silver | 1 | 2000 |
| Speedway | Snake Machine | Yellow | 1 | 250 |
| Lincoln | Bulldog Welder | Red | 1 | 1550 |
| Briggs and Stratton | Industrail Commercial Pacl | Red and Tan | 1 | 200 |
| | | | TOTAL | 10705 |

Electronics/Office Equipment

Examples: Television & radios; audio, video, stereo & digital equipment: computers, printers, scanners; music collections; electronic; electronic devices including cell phones, cameras, media players

Describe:

**Conference room**

1 large oval conference table with 8 chairs $300

1 large white board $25

15 wall trays $10

1 Traka electronic key box $500

1 Roku 65" TV $100

1 trash can $5

1 U-Attend Clock In machine $180.00

1 Lasko rotating fan $5

**Kitchen Area**

1 Adora Microwave $30

1 GE Fridge $100

**AP Office**

L shaped office desk $50.00

1 HP printer/scanner (HP Laser Jet Pro MFPM428 fdw) $80

2 HP Monitors $100

1 HP Computer tower $100

2 computer speakers $5

1 computer mouse (logi) $5

1 logi computer keyboard $5

1 office black office chair $15

1 beige 4 drawer metal filing cabinet with lock $40

1 wooden 2 drawer filing cabinet $25

1 hole puncher $5

1 stapler $5

1 paper shredder (Royal Hg 12X) $10

1 heater $10

1 white board 25

**AR Office**

2 Samsung monitors $50

1 Leveno Computer $100

1 L shape desk $50

2 drawer filing cabinet $20

1 four drawer filing cabinet $40

2 desk paper trays $5

1 office chair $30

1 lounge chair $10

1 printer (ET 4800) $30

**GM Office**

1 HP (All in One) Computer $150

1 Logi Tech Keyboard $10

1 Logitech mouse $10

1 Desk $50

5 Desk paper tray $5

1 Sanyo TV 65" $10

**Bathroom**

4 paper towels $20

5 rolls of toilet paper $20

2 broom $5

1 mop bucket $5

**Extra Office**

1 L shape desk $30

4 four drawer filing cabinets $100

1 42 in Roku tv $50

Fill in this information to identify the case:

Debtor name **LA Services, LLC**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 DAM Properties, LLC c/o The Lawrence Firm, P.C. 3016 E. Hwy 377 Granbury, TX 76049 | | Loan, Lease Agreements & Payroll Advance | | | | $779,029.00 |
| 2 Kebo Enterprises LLC c/o The Law Office of Mark Piland 1107 W. Pearl Street Suite 101 Granbury, TX 76048 | | Equipment Lease Deficiency | | | | $684,000.00 |
| 3 Advisory Financial Services, LLC c/o Cantey Hanger LLP 600 West 6th Street Suite 300 Fort Worth, TX 76102 | | Factoring Agreement | | $560,483.48 | $71,554.14 | $488,929.34 |
| 4 Wellington State Bank 1343 N Plaza Dr. Granbury, TX 76048 | | Loan | | $436,801.00 | $419,080.00 | $280,244.41 |
| 5 Winsupply Hood County TX 143 Business Blvd. Granbury, TX 76049 | | Services Rendered | | | | $141,160.35 |
| 6 UniFirst Holdings Corporation c/o Davis Business Law P.O. Box 346 Enid, OK 73701 | | Services Rendered | | | | $112,847.97 |
| 7 Aqua Texas, Granbury 2304 Christine Dr. Granbury, TX 76048 | | Services Rendered | | | | $89,317.06 |
| 8 GM Financial 4001 Embarcadero Drive Arlington, TX 76014 | | Auto Deficiency | | | | $84,303.17 |

Debtor   **LA Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kilpatrick, Townsend & Stockton LLP 700 Louisiana St. Suite 4300 Houston, TX 77002 | | Attorney for Precision Pump Systems | | | | $84,165.59 |
| Ally Financial P.O. Box 380903 Minneapolis, MN 55438 | | Auto Deficiency on Broken Auto Lease | | | | $80,744.08 |
| James R. Gravley, PLLC P.O. Box 3579 Abilene, TX 79604 | | Attorney for APSCO, Inc. | | | | $71,181.55 |
| Fora Financial Advance, LLC 519 Eighth Avenue 11th Floor New York, NY 10018 | | Loan | | | | $65,691.55 |
| Ally Financial P.O. Box 380903 Minneapolis, MN 55438 | | Auto Deficiency on Broken Auto Lease | | | | $63,366.76 |
| Internal Revenue Service Special Procedures - Insolvency P.O. Box 7346 Philadelphia, PA 19101 | | | | $317,713.75 | $260,450.00 | $62,063.98 |
| Ally Financial P.O. Box 380903 Minneapolis, MN 55438 | | Auto Deficiency on Broken Auto Lease Agreement | | | | $59,712.12 |
| Ally Financial P.O. Box 380903 Minneapolis, MN 55438 | | Auto Deficiency on Broken Auto Lease | | | | $58,430.35 |
| Wellington State Bank 1343 N Plaza Dr. Granbury, TX 76048 | | | | | | $49,757.00 |
| Wellington State Bank 1343 N Plaza Dr. Granbury, TX 76048 | | | | $50,545.00 | $6,000.00 | $44,545.00 |
| Ally Financial P.O. Box 380903 Minneapolis, MN 55438 | | Auto Deficiency on Broken Auto Lease | | | | $35,522.81 |
| Blue Cross Blue Shield P.O. Box 650615 Dallas, TX 75265 | | Insurance | | | | $27,365.04 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**      LA Services, LLC

Case No. _____

**Debtor**

Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................. **$9,662.00**

Prior to the filing of this statement I have received ...................................................................... **$9,662.00**

Balance Due .................................................................................................................................. **$0.00**

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border: 1px solid black; padding: 20px;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/30/2025** | **/s/ Daniel Sylvan Wright** |
|---|---|
| *Date* | Daniel Sylvan Wright |
| | *Signature of Attorney* |

Bar Number: 24037742
Machi & Associates, PC
1521 N. Cooper Street Suite 550
Arlington, TX 76011
Phone: (817) 335-8880

**Machi & Associates, PC**
*Name of law firm*

</div>

Date:    **04/30/2025**                              **/s/ Adrianne Dawn Foyt**

                                                          *Adrianne Dawn Foyt*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **LA Services, LLC**                                CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/30/2025**      Signature                    **/s/ Adrianne Dawn Foyt**

Adrianne Dawn Foyt, President

Adesa Dallas AA
3501 Lancaster Hutchins Rd.
Hutchins, TX 75141

Advisory Financial Services,
LLC
c/o Cantey Hanger LLP
600 West 6th Street Suite 300
Fort Worth, TX 76102

Ally Financial
P.O. Box 380903
Minneapolis, MN 55438

Ally Financial
2911 Lake Vista Dr.
Lewisville, TX 75067

Ally Financial
P.O. Box 380903
Minneapolis, MN 55438

Ally Financial
2911 Lake Vista Dr.
Lewisville, TX 75067

Anozie LLP
c/o Jourdan Jackson Dukes
6120 Swiss Avenue #140838
Dallas, TX 75214

APSCO Supply Inc.
1208 E. Washington St.
Stephenville, TX 76401

Aqua Texas
762 W. Lancaster Avenue
Bryn Mawr, PA 19010

Aqua Texas, Granbury
2304 Christine Dr.
Granbury, TX 76048

Aqua Texas, Inc.
1106 Clayton Lane Suite 400W
Austin, TX 78723

Asset Compliant Solutions
65 Lawrence Bell Dr.
Buffalo, NY 14221

Associated Well Services Inc.
P.O. Box 16
Stephenville, TX 76401

AT&T
P.O. Box 630047
Dallas, TX 75263

AT&T Services
P.O. Box 5070
Carol Stream, IL 60197

Barr Credit Services
3444 N Country Club Rd. Suite 200
Tucson, AZ 85716

Blue Cross Blue Shield
P.O. Box 650615
Dallas, TX 75265

Bowden & Tanner, LLC
1202 S. Morgan St.
Granbury, TX 76048

Caterpillar Financial Services
Corp.
P.O. Box 730681
Dallas, TX 75373

Caterpillar Financial Services
Corp.
P.O. Box 340001
Nashville, TN 37203

Cintas
3450 Northern Cross Blvd.
Fort Worth, TX 76137

Colonial Life
P.O. Box 903
Columbia, SC 29202

Crowell & Associates, Inc.
P.O. Box 518
Van Alstyne, TX 75495

DAM Properties LLC
412 HCR 2200
Aquilla, TX 76622

DAM Properties, LLC
c/o The Lawrence Firm, P.C.
3016 E. Hwy 377
Granbury, TX 76049

Davis Transportation LLC
314 Glade Valley Rd.
Azle, TX 76020

Diversified Adjustment
Service, Inc.
P.O. Box 32145
Minneapolis, MN 55432

Domain Listings
P.O. Box 19607
Las Vegas, NV 89132

Donald L. Moore
800 North Industrial Blvd. Suite 106
Euless, TX 76039

Elite Recovery Service
100 N Bosque St.
Whitney, TX 76692

EmergiFire LLC
P.O. Box 181839
Dallas, TX 75228

EquipmentShare.com, Inc.
P.O. Box 650429
Dallas, TX 75265

Ewing & Jones
6363 Woodway Suite 1000
Houston, TX 77057

FCCI Insurance Group
P.O. Box 405563
Atlanta, GA 30384

FCCI Insurance Group
c/o Alex Miller
6300 University Parkway
Sarasota, FL 34240

Fora Financial Advance, LLC
519 Eighth Avenue 11th Floor
New York, NY 10018

Adrianne Dawn Foyt
2700 Weatherford Hwy
Granbury, TX 76049

Leonard Clarence Foyt
2700 Weatherford Hwy
Granbury, TX 76049

Frontier Waste Solutions
P.O. Box 647019
Dallas, TX 75264

Gecfleet Valvoline
3501 East US Hwy 377
Granbury, TX 76049

Gilbert Environmental
1540 Boyd Rd.
Granbury, TX 76048

GM Financial
4001 Embarcadero Drive
Arlington, TX 76014

Granbury Chamber of
Commerce
3408 East Highway 377
Granbury, TX 76049

Hampel Oil
11925 CR 917
Cresson, TX 76035

Harris & Harris, Ltd.
111 W. Jackson Blvd. Suite 650
Chicago, IL 60604

HART HVAC LLC
2915 Greenlee Park Trail
Weatherford, TX 76088

Hatter & Associates, LLP
6500 West Freeway Suite 101
Fort Worth, TX 76116

Holt Cat
P.O. Box 207916
San Antonio, TX 78220

Holt Texas LTD
P.O. Box 207916
San Antonio, TX 78220

Hood Central Appraisal
District
P.O. Box 819
Granbury, TX 76048

Hood County Appraisal
District
P.O. Box 819 - 1902
Granbury, TX 76048

Humana
P.O. Box 4600
Carol Stream, IL 60197

Intedata Systems Inc.
113 E 5th Street
Mountain Home, AR 72653

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101

Intuit Quickbooks
2700 Coast Avenue
Mountain View, CA 94043

James R. Gravley, PLLC
P.O. Box 3579
Abilene, TX 79604

KDS Water Service, LLC
P.O. Box 5813
Granbury, TX 76049

Kebo Enterprises LLC
c/o The Law Office of Mark Piland
1107 W. Pearl Street Suite 101
Granbury, TX 76048

Kebo Enterprises LLC
228 Maverick Ct.
Granbury, TX 76049

Kilpatrick, Townsend &
Stockton LLP
700 Louisiana St. Suite 4300
Houston, TX 77002

KP Staffing
P.O. Box 1482
Fort Worth, TX 76101

Machi & Associates
1521 N. Cooper St. Suite 550
Arlington, TX 76011

Magna Flow Environmental,
Inc.
P.O. Box 60709
Houston, TX 77205

MaintainX Inc.
382 NE 191st PL PMB 98008
Miami, FL 33179

William T. Neary
Office of The United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

NextLink Internet
P.O. Box 224704
Dallas, TX 75222

North Texas Tollway
P.O. Box 260928
Plano, TX 75026

NTTA
P.O. Box 660244
Dallas, TX 75266

NTTA
P.O. Box 260928
Plano, TX 75026

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711

Oncor Electric Delivery
Company LLC
c/o Anozie LLP
6120 Swiss Avenue #140838
Dallas, TX 75214

Personal Concepts
P.O. Box 5750
Carol Stream, IL 60197

Professional Account
Management
P.O. Box 863867
Plano, TX 75086


Professional Account
Management, LLC
P.O. Box 863867
Plano, TX 75086


Southwest Credit
P.O. Box 622001
Dallas, TX 75262-2001


Stealth Towing And Recovery
Services LLC
P.O. Box 679
Azle, TX 76098


Texas Workforce Commission
Tax Department
P.O. Box 591
Fort Worth, TX 76101


The Reid Firm
1840 Acton Highway
Granbury, TX 76049


TSI/Transworld Systems Inc.
500 Virginia Dr. Suite 514
Fort Washington, PA 19034


TxTag
P.O. Box 650749
Dallas, TX 75265-0749

UniFirst Holdings Corporation
c/o Davis Business Law
P.O. Box 346
Enid, OK 73701

United Cooperative Services
P.O. Box 290
Stephenville, TX 76401

United States Attorney
Office of the U.S. Atty
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Verizon Business
P.O. Box 489
Newark, NJ 07101

Verizon Connect
200 S Oakridge Dr. Suite 102
Weatherford, TX 76087

Wellington State Bank
1343 N Plaza Dr.
Granbury, TX 76048

Whitaker Chalk Swindle &
Schwartz PLLC
301 Commerce St. Suite 3500
Fort Worth, TX 76102

Winsupply Hood County TX
143 Business Blvd.
Granbury, TX 76049

Wolters Kluwer
9797 Rambauer Rd. Suite 250
Coppell, TX 75019


Zone Industries, LLC
dba Precision Pump Systems
3303 Cypresswood Dr.
Spring, TX 77388