# EXHIBIT A-4

November 4, 2024

Via email, U.S. Mail, Certified Mail

LA Services LLC
223 Industrial Ave
Granbury, TX 76049

Adrianne Foyt                                    Leonard Foyt
223 Industrial Ave                               223 Industrial Ave
Granbury, TX 76049                               Granbury, TX 76049

Adrianne Foyt                                    Leonard Foyt
120 Deer Park Court                              120 Deer Park Court
Granbury, TX 76048                               Granbury, TX 76048

RE: $1,013,277 owed to AFS pursuit to invoices purchased under the Factoring Agreement dated February 2, 2024, and personal Continuing Guarantees dated February 2, 2024.

Dear Adrianne and Leonard Foyt,

This letter serves notice to LA Services, LLC (LAS), Adrianne Foyt and Leonard Foyt that you are in default on the payments under the Factoring Agreement dated February 2, 2024, and personal Continuing Guarantees dated February 2, 2024 owed to Advisory Financial Services, LLC ("AFS").

The Account Debtor nor LAS nor you, personally - under your personal guarantees, have paid the invoices AFS purchased from LAS for work performed by LAS at Aqua's work order requests.

There is $1,013,277 owed, of which approximately $675,000 is Past Due.

Since the invoices have not been paid and a large amount is past due, AFS reserves the right to file a lawsuit against LAS, Adrianne Foyt and Leonard Foyt.

Contact me if you have any questions.

Sincerely,

Matt Reynolds
Owner, Advisory Financial Service, LLC