Laurie Dahl Rea
State Bar No. 00796150
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
Telephone:  817-347-5260
Facsimile:  817-347-5269
laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| LA SERVICES, LLC, | ) CASE NO. 25-41496-mxm-7 |
| | ) |
| Debtor. | ) |

### TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, ROOM 147, FORT WORTH, TEXAS 76102 BEFORE CLOSE OF BUSINESS ON JULY 21, 2025, WHICH IS AT LEAST SEVENTEEN (17) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE TO OBJECTING PARTY.**

**IF NO WRITTEN OBJECTION IS FILED WITH THE BANKRUPTCY COURT WITHIN SEVENTEEN (17) DAYS OF SERVICE OF THIS NOTICE, THE PROPERTY DESCRIBED IN THIS NOTICE SHALL BE DEEMED ABANDONED AS OF THE DATE OF THE FILING OF THIS NOTICE WITH THE BANKRUPTCY COURT.**

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

Laurie Dahl Rea, Chapter 7 Trustee (the "Trustee"), files this *Notice of Intent to Abandon*

---

*Property of the Estate* and would respectfully show as follows:

1.     On April 30, 2025, LA Services, LLC (the "Debtor") filed a voluntary chapter 7 bankruptcy petition.  The Trustee was appointed as the chapter 7 trustee and continues to serve in that capacity.

2.     Based upon the review of the Debtor's bankruptcy schedules and records from the Hood County Appraisal District, the Debtor has an interest in real property and business personal property located at the situs address of 223 Industrial, Granbury, TX 76048 (the "Property").  The real property is further described below:

   (a)     Acres 2.077, Subd GRANBURY IND PARK, Tract A

   (b)     Acres 1.129, Subd GRANBURY IND PARK, Tract B1

   (c)     Acres 1.129, Subd GRANBURY IND PARK, Tract B2

3.     It is the Trustee's belief, based  on testimony at the 341 meeting of creditors and documentation provided to her, that the Property is encumbered by a Deed of Trust in favor of Wellington State Bank, a tax lien filed by the Internal Revenue Service and is subject to real and business personal property tax liens for Hood County, Texas

4.     The Trustee believes the Property is burdensome or of inconsequential value or benefit to this chapter 7 estate, therefore it is in the best interest of the estate to abandon the Property.  Therefore, the Trustee files this notice of intent to abandon the Tanks pursuant to 11 U.S.C. §554 and Federal Rule of Bankruptcy Procedure 6007.

Dated: July 2, 2025.                              Respectfully submitted,

                                     /s/ Laurie Dahl Rea
                                    Laurie Dahl Rea
                                    State Bar No. 00796150
                                    ROCHELLE MCCULLOUGH, LLP
                                    300 Throckmorton Street, Suite 520
                                    Fort Worth, TX  76102

Telephone:  817-347-5260
Facsimile:  817-347-5269
Email: laurie.rea@romclaw.com

CHAPTER 7 TRUSTEE FOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Intent to Abandon was served upon the Office of the U.S. Trustee, the Debtor, the Debtor's counsel, the parties listed on the official mailing matrix, and the parties requesting notice, via the Court's CM/ECF system and by First Class United States Mail postage prepaid with respect to non-ECF users on July 2, 2025.

/s/ Laurie Dahl Rea
Laurie Dahl Rea